IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOANN CARRION                                    CASE NO. 05-03659 (SEK)

              Debtor
_____                  CHAPTER 13

JOANN CARRION
              Plaintiff
                                                 ADVERSARY NO. 06-0001
        vs.

FIRST BANK PUERTO RICO

              Defendant                          ┌─────────────────────────┐
_____                  │   **FILED & ENTERED**   │
                                                 │                         │
                    J U D G M E N T              │      2 7 FEB 2006       │
                                                 │         CLERK           │
                                                 │  U.S. BANKRUPTCY COURT  │
                                                 │  SAN JUAN, PUERTO RICO  │
                                                 └─────────────────────────┘

        Upon the Order entered on February 3, 2006  by the Honorable Sara de Jesus dismissing the

legal case,  it is now

        ADJUDGED AND DECREED that judgment be and is hereby entered dismissing the instant

complaint.

        IT SO ORDERED.

        GIVEN, in San Juan,  Puerto Rico, this 23rd day of February, 2006.


                                              CELESTINO MATTA-MENDEZ
                                              Clerk of the U.S. Bankruptcy Court